# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ERIC MANUELIAN,

Appellant,

v.

JENNIFER L. STARR, individually and in the Capacity as Trustee of the Laura Kirkland Trust dated 3/10/05 and in the Capacity as Trustee of the Starr Trust,

Appellee.

No. 2D2023-1544

_____

May 1, 2024

Appeal from the Circuit Court for Pasco County; Kemba Lewis, Judge.

Donald J. Schutz, Saint Petersburg, for Appellant.

John A. Schifino of Gunster, Yoakley & Stewart, P.A., Tampa, for Appellee.


PER CURIAM.

   Affirmed.

VILLANTI, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.